UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DEL NERO,<br><br>   Plaintiff,<br> vs.<br><br>UNIVERSITY ACCOUNTING SERVICE, LLC,<br><br>   Defendant. | Case No.: 09-CV-1563-IEG (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 8] |

  Based on the Joint Motion for Dismissal without Prejudice filed by the Parties, this action is hereby dismissed WITHOUT PREJUDICE.  Each side will bear their own attorneys' fees and costs.

  **IT IS SO ORDERED.**

Dated:   September 24, 2009

_____
**IRMA E. GONZALEZ, Chief Judge**
United States District Court